UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**
(Intradistrict Transfer)


FILED
JAN 1 1 2007
CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

    **CR-75-405-JF**    **USA-v-Juan Sicairos**
    **CV-06-7818-JF**    **Juan Sicairos-v-Harley G. Lappin, et.al**

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[X]   ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[X]   ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned at the Division. Counsel are instructed that all future filings shall bear the following new case number(s):

**DATED:** 1-10-07

Jeremy Fogel
**UNITED STATES JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

                                            **Richard W. Wieking, Clerk**

**DATED:**                                      **By:**  **Cita F. Escolano**
                                                                **Deputy Clerk**

Copies to:  Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____ (date)

mrg\crim\relcstsf.mrg (7/98)