\*\* E-filed 1/22/07\*\*

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M.. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       claire.cormier@usdoj.gov
7
   Attorneys for Federal Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12
   JUAN SICAIROS,                   )   Case No. C 06-07818 JF
13                                  )
         Petitioner,                )   **STIPULATION AND [PROPOSED]**
14                                  )   **ORDER SETTING CASE SCHEDULE**
         v.                         )
15                                  )
   FEDERAL BUREAU OF PRISONS, et al.,)
16                                  )
         Respondents.               )
17 _____  )
                                    )
18                                  )

19       The parties to this action hereby stipulate as follows:

20       Petitioner filed this action on December 20, 2006, seeking a writ of habeas corpus. At the

21 January 10, 2007 status conference in the related criminal matter (Case No. CR 75-405 JF), the

22 Court extended petitioner's self-surrender date to February 12, 2007.

23       The parties propose the following schedule for the briefing and hearing of this matter, as

24 discussed with the Court at the status conference in the related criminal case.

25       **January 24, 2007**: Respondents to file any oppositions to the petition.

26       **January 31, 2007**, 9:00 a.m.: Hearing on petition.

27       IT IS SO STIPULATED.

28 //

STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE
Case No. C 06-07818 JF                    -1-

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: January 11, 2007 | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |
| DATED: January 16, 2007 | BARRY J. PORTMAN<br>Federal Public Defender |
| | /s/<br>NICHOLAS P. HUMY<br>Assistant Federal Public Defender |

### ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATE: 1/19/07

JEREMY FOGEL
United States District Judge